**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| MARSHALL JOSEPH MOUNT, | Case No. 2:21-cv-01737-JCM-DJA |
| Plaintiff, | |
| v. | **ORDER** |
| ACUITY, A MUTUAL INSURANCE COMPANY, | |
| Defendant. | |

Presently before the Court is the parties' stipulated discovery plan and scheduling order (ECF No. 7), filed on October 20, 2021. The Court notes that the parties' plan fails to comply with Local Rule 26-1. Discovery plans must include a certification that the parties "met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and if applicable, early neutral evaluation." LR 26-1(b)(7). Additionally, the parties must certify that "that they considered consent to trial by a magistrate judge . . . ." LR 26-1(b)(8). Further, the parties fail to include the certification required by LR 26-1(b)(9). Accordingly,

IT IS THEREFORE ORDERED that the parties' Stipulated Discovery Plan and Scheduling Order (ECF No. 7) is **denied without prejudice**.

IT IS FURTHER ORDERED that the parties shall meet and confer and file a revised stipulated discovery plan and scheduling order in compliance with Local Rule 26-1 by November 5, 2021.

DATED: October 22, 2021

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE