MARISSA R. TEMPLE, ESQ.
Nevada Bar No.: 9028
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 South Third Street
Las Vegas, Nevada 89101
Phone (702) 383-3400
Fax (702) 384-1460
Email: mtemple@rmcmlaw.com
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARSHALL JOSEPH MOUNT, individually; | CASE NO.: 2:21-cv-01737-JCM-DJA |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS CAUSES OF ACTION WITHOUT PREJUDICE** |
| ACUITY, A MUTUAL INSURANCE COMPANY, foreign corporation, and DOES 1-10; and DOE EMPLOYEES 11-20; and ROE BUSINESS ENTITIES 21-30, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, that Plaintiff's Causes of Action contained in his Complaint for Breach of the Covenant of Good Faith and Fair Dealing and Violation of the Unfair Claims Practices Act (NRS § 686A.310) shall be dismissed, without prejudice. The Plaintiff's Cause of Action for Breach of Contract shall be the only remaining Cause of Action.

DATED THIS 3rd day of January, 2022.           DATED THIS 3rd day of January, 2022.

ROGERS, MASTRANGELO, CARVALHO           DIMOPOULOS INJURY LAW
& MITCHELL

*/s/ Marissa Temple*                                   */s/ Garnet Beal*

_____           _____
MARISSA R. TEMPLE                                  GARNET E. BEAL, ESQ.
Nevada Bar No. 9028                                   Nevada Bar No. 12693
700 S. Third Street                                      6671 South Las Vegas Blvd., Suite 275
Las Vegas, Nevada 89101                           Las Vegas, Nevada 89119
*Attorney for Defendant*                             *Attorneys for Plaintiff*

1    IT IS SO ORDERED

2    DATED January 7, 2022

3

4    United States District Court Judge

5

6    Submitted by:

7    ROGERS, MASTRANGELO, CARVALHO & MITCHELL

8    /s/ Marissa Temple

9    _____
     MARISSA R. TEMPLE

10   Nevada Bar No. 9028
     700 S. Third Street

11   Las Vegas, Nevada 89101
     Attorney for Defendant

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28