|   |   |
|---|---|
| 1 | MARISSA R. TEMPLE, ESQ. |
|   | Nevada Bar No.: 9028 |
| 2 | ROGERS, MASTRANGELO, CARVALHO & MITCHELL |
|   | 700 South Third Street |
| 3 | Las Vegas, Nevada 89101 |
|   | Phone (702) 383-3400 |
| 4 | Fax (702) 384-1460 |
|   | Email: mtemple@rmcmlaw.com |
| 5 | *Attorneys for Defendant* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| MARSHALL JOSEPH MOUNT, individually; | ) CASE NO.: 2:21-cv-01737-JCM-DJA |
|---|---|
|   ) |   |
| Plaintiff, ) |   |
|   ) |   |
| vs. ) |   |
|   ) |   |
| ACUITY, A MUTUAL INSURANCE ) |   |
| COMPANY, foreign corporation, and DOES 1-10; ) |   |
| and DOE EMPLOYEES 11-20; and ROE ) |   |
| BUSINESS ENTITIES 21-30, ) |   |
|   ) |   |
| Defendants. ) |   |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IS HEREBY STIPULATED and AGREED by and between the parties hereto, through their respective counsel of record, that the above-entitled matter be dismissed, with prejudice, all parties to bear their own costs and attorney's fees.

IT IS FURTHER STIPULATED and AGREED that the Trial of this matter, which is currently set for February 27, 2023, will be vacated.

DATED this  3  day of  Jan , 2023.                    DATED this  ___  day of _____, 20__.

DIMOPOULOS INJURY LAW                              ROGERS, MASTRANGELO, CARVALHO & MITCHELL

_____                         _____
GARNET E. BEAL, ESQ.                                  MARISSA R. TEMPLE, ESQ.
Nevada Bar No.: 12693                                 Nevada Bar No.: 9028
6671 South Las Vegas Blvd., Suite 275                 700 South Third Street
Las Vegas, Nevada 89119                               Las Vegas, Nevada 89101
*Attorneys for Plaintiff*                             *Attorneys for Defendant*

## ORDER FOR DISMISSAL WITH PREJUDICE

Based upon the foregoing Stipulation by the parties and good cause appearing therefore, it is hereby

**ORDERED, ADJUDGED and DECREED** that the above entitled action be, and the same hereby is dismissed with prejudice, each party to bear its own costs and attorney's fees incurred.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that the Trial of this matter, which is currently scheduled for February 27, 2023, is hereby **VACATED**.

DATED January 17, 2023.

_____
U.S. DISTRICT JUDGE

Submitted by:

ROGERS, MASTRANGELO, CARVALHO
& MITCHELL

_____
MARISSA R. TEMPLE, ESQ.
Nevada Bar No.: 9028
700 South Third Street
Las Vegas, Nevada 89101
Attorneys for Defendant,
Acuity, A Mutual Insurance Company